BEFORE THE SECOND DIVISION, FEBRUARY 7, 1950

No. 54010.—International Harvest Hat Co. v. United States, protest 938202–G (San Francisco).

Opinion by FORD, J.   At the trial plaintiff's witness, referring to a sample of the involved merchandise testified that: "This hat is not bleached, supposedly not. * * * X Q.   You don't know whether it is bleached or not then?—A. No.   I wasn't there."   The testimony adduced from the one witness called for the defendant tended to support the classification made by the collector.   Upon an examination of the record the court was satisfied that the plaintiff failed to establish a *prima facie* case.   The protest was therefore overruled.

BEFORE THE THIRD DIVISION, FEBRUARY 7, 1950

No. 54011.—Nathan Straus-Duparquet, Inc., et al. v. United States, protests 78651–K, etc. (New York).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.

No. 54012.—Asche Bandor Corp. et al. v. United States, protests 129366–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 54013.—McKesson & Robbins, Inc., et al. v. United States, protests 136730–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.